# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00296-CV

### K. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-14-002010, THE HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

PER CURIAM

The reporter's record in this appeal was originally due to be filed on May 26, 2015. By request to this Court dated May 26, 2015, LaDelle Abilez requested an extension of time to prepare the record.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, LaDelle Abilez is hereby ordered to file the reporter's record in this case on or before June 8, 2015. If the record is not filed by that date, Abilez may be required to show cause why she should not be held in contempt of court.

It is ordered on May 28, 2015.

Before Justices Puryear, Pemberton and Bourland